**Opinion issued April 19, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00436-CV

————————————

**HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE, Appellant**

**V.**

**ROBERT GANDY, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-74516**

---

## MEMORANDUM OPINION

Appellant, the Harris County District Attorney's Office, filed a notice of appeal from the trial court's July 13, 2021 Order of Expunction. Appellee, Robert Gandy, filed a motion to dismiss the appeal for want of prosecution based on appellant's failure to timely file a brief.

We grant appellee's motion and dismiss the appeal for want of prosecution.

The appellate record was due on September 13, 2021. *See* TEX. R. APP. P. 35.1. Neither a clerk's record nor a reporter's record was filed by that date. The court reporter for the 164th District Court of Harris County, Texas requested two extensions of the deadline for filing the reporter's record and filed the reporter's record on October 26, 2021.

On September 15, 2021, the Clerk of this Court notified the trial court clerk that the time for filing the clerk's record had passed and requested that the clerk's record be filed within thirty days of the date of the notice. On September 16, 2021, the trial court clerk filed an information sheet notifying the Court that the clerk's record had not yet been filed because it was a sealed record and would be filed when the trial court entered an order "releasing sealed documents" for filing with this Court. The sealed clerk's record was subsequently filed with the Court on December 15, 2021. Accordingly, appellant's brief was due on or before January 14, 2022. *See* TEX. R. APP. P. 38.6(a), (d). No brief was filed.

On January 25, 2022, appellant was notified by the Clerk of this Court that this appeal was subject to dismissal unless a brief, or motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure

to comply with order of this Court).  Despite the Clerk's January 25, 2022 notice, appellant did not adequately respond.  Further, more than ten days have passed since appellee's motion to dismiss was filed, and appellant has not adequately responded. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant appellee's motion and dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b), (c), 43.2(f).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Countiss and Farris.